[No. 15935-6-I.   Division One.   August 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLIN DONN GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00889-6, Frank L. Sullivan, J., entered December 31, 1984. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Ringold and Grosse, JJ.

[No. 14547-9-I.   Division One.   August 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH R. MISIKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00771-7, Paul D. Hansen, J., entered March 1, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Grosse, JJ.

[No. 13087-1-I.   Division One.   August 7, 1985.]

MARY LYNN CARNEY, *as Personal Representative, Appellant*, v. THE BOEING COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-06723-3, Arthur E. Piehler, J., entered March 25, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Ringold, JJ.

[No. 12824-8-I.   Division One.   August 7, 1985.]

GERALDINE KARTCHNER, *Appellant*, v. RICHARD MICHAEL WOOD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-11976-1, Arthur E. Piehler, J., entered January 12, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.